UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK S. BOWMAN, | ) | NO. 1:21-CV-00208 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | (SCHWAB, M.J.) |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner | ) | |
| of Social Security, | ) | |
| Defendant. | ) | [FILED VIA ECF] |

FILED
HARRISBURG, PA
SEP 16 2021
PER ____
DEPUTY CLERK

## O R D E R

**AND NOW,** this <u>16th</u> day of <u>September</u>, 2021, upon consideration of Defendant's Motion to Remand, it is hereby ORDERED that such motion is GRANTED and this action is remanded to the Defendant for further evaluation under sentence four of 42 U.S.C. § 405(g).

BY THE COURT:

_/s/ S. E. Schwab_
SUSAN E. SCHWAB
U.S. MAGISTRATE JUDGE